IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SLOCUMB LAW FIRM, LLC,    )
                          )
    Plaintiff,            )
                          )    CIVIL ACTION NO.
    v.                    )      3:15cv237-MHT
                          )         (WO)
8X8, INC.,                )
                          )
    Defendant.            )
```

ORDER

There being no objection and after an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the magistrate judge (doc. no. 14) is adopted.

(2) The motion to compel arbitration and stay proceedings (doc. no. 11) is granted.

(3) Plaintiff shall arbitrate any and all disputes in accordance with the arbitration provision in its contract with defendant.

(4) All proceedings in this case are stayed pending arbitration.

(5) This case is closed administratively.

DONE, this the 30th day of June, 2015.

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**